```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Janice Marie Wurtele

                      v.

                                          Civil No. 14-cv-417-PB

United States Social Security
Administration, Acting Commissioner


O R D E R

    Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, having advised the Court that she does not object, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 19, 2015. For the reasons set forth therein, I deny the Commissioner's motion to affirm (document no. 9), and grant the claimant's motion to reverse and remand (document no. 8). The case shall be remanded pursuant to Sentence Four of 42 U.S.C. section 405(g).

    SO ORDERED.

                                           /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

Date: September 2, 2015

cc:   Robert J. Rabuck, Esq.
      Bennett B. Mortell, Esq.